IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CIVIL 97-2330CCC

ONE RURAL LOT NO. 10,356,
LOCATED AT ISLOTE WARD, ARECIBO,
PUERTO RICO, MORE FULLY DESCRIBED
AT THE PROPERTY REGISTRY FOR THE
COMMONWEALTH OF PUERTO RICO
AS FOLLOWS:

"RUSTICA: Parcela radicada en el barrio
islote del término municipal de Arecibo,
Puerto Rico, compuesta de 1.87 cuerdas,
equivalentes a 75 áreas, 49 centiáreas de
terreno. En lindes por el NORTE, con la
carretera de Arecibo a Barceloneta; por el
SUR, con tierras de Rosa María Jiménez; por
el ESTE, con las de GREGORIO ALVAREZ
y por el OESTE, con las de los menores
ALVAREZ-SANTIAGO.

Dicha propiedad se segrega de la finca
10,352, inscrita al folio 29 del tomo 212 en
el Registro de la Propiedad de Arecibo,
Sección I."

THIS PROPERTY IS ENCUMBERED BY THE
FOLLOWING LIENS: A BEARER NOTE OF
$15,000.00; A BEARER NOTE OF
$15,000.00 and A BEARER NOTE OF
$20,000.00.

Defendant



AO 72A
(Rev.8/82)

CIVIL 97-2330CCC                              2

O R D E R

Having considered the Motion and Incorporated Memorandum of Law to Set Aside Judgment and the Opposition thereto (**docket entries 46 and 48**) as well as the Motion Requesting Leave to File Supporting Document in Spanish (**docket entry 47**), the same are DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on March 3, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)