IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.   CIVIL NO.: 97-2330 (CCC)

ONE URBAN LOT NO. 10,356,
Defendant.

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the claimants Nitza LaFuente and Luis G. Rosa-Medina, hereby appeal to the United States Court of Appeals for the First Circuit, from this court's order dated March 7, 2000, denying their motion to set aside the forfeiture decree in this case.

**RESPECTFULLY SUBMITTED,** in San Juan, P.R., on this the 20th day of March 2000.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document was on this same date hand delivered to: United States Attorneys Office, District of Puerto Rico, Federal Building Room 456, Chardon Ave., Hato Rey, Puerto Rico.

LUIS RAFAEL RIVERA
USDC-PR 129411
CAPITAL CENTER BLDG.
SUITE 401
ARTERIAL HOSTOS AVENUE
HATO REY, PUERTO RICO 00918
PHONE: (787) 763-1780
FAX: (787) 763-2145