IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                              CIVIL 97-2330CCC

ONE RURAL LOT NO. 10,356, LOCATED
AT ISLOTE WARD, ARECIBO, PUERTO
RICO, MORE FULLY DESCRIBED AT THE
PROPERTY REGISTRY FOR THE
COMMONWEALTH OF PUERTO RICO AS
FOLLOWS:

"RUSTICA: Parcela radicada en el barrio Islote del término municipal de Arecibo, Puerto Rico, compuesta de 1.87 cuerdas, equivalentes a 75 áreas, 49 centiáreas de terreno. En lindes por el NORTE, con la carretera de Arecibo a Barceloneta; por el SUR, con tierras de Rosa María Jiménez; por el ESTE, con las de GREGORIO ALVAREZ y por el OESTE, con las de los menores ALVAREZ-SANTIAGO.

Dicha propiedad se segrega de la finca 10,352, inscrita al folio 29 del tomo 212 en el Registro de la Propiedad de Arecibo, Sección I."

THIS PROPERTY IS ENCUMBERED BY THE FOLLOWING LIENS: A BEARER NOTE OF $15,000.00; A BEARER NOTE OF $15,000.00 and A BEARER NOTE OF $20,000.00.

Defendant
_____



AO 72A
(Rev.8/82)

CIVIL 97-2330CCC					2

# ORDER

Having considered the Urgent Motion for Reconsideration of Order Denying Claimants' Motion to Set Aside Judgment and Request for a Hearing (**docket entry 53**) and the Opposition thereto (**docket entry 55**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on March 31, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: I. Muñoz
J. Rivera
B. Anguiera                 4-4-00