IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                May 23, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

vs                                          CIVIL 97-2330CCC

ONE RURAL LOT NO. 10,356,
LOCATED AT ISLOTE WARD, ARECIBO,
PUERTO RICO, etc.

By order of the Court, the government is granted a term of ten (10) days after notice to reply to the Emergency Motion for Stay Without Posting Security (**docket entry 52**). Parties to be notified.

                                              - Secretary