IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS					March 21, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs									CIVIL 97-2330CCC

ONE URBAN LOT NO. 10,356

Defendant
_____

By order of the Court, the Court of Appeals having affirmed this Court's denial of the claimants' motion for relief from judgment, see docket entry 59, their Emergency Motion for Stay Without Posting Security (**docket entry 52**) is DENIED AS MOOT. Parties to be notified.

                                      ~~ - Secretary

                                      s/cs:to ( 7 )
                                      attys/pts
                                      in ICMS

                                      MAR 2 2 2001