IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CIVIL 97-2330CCC

ONE RURAL LOT NO. 10,356,
LOCATED AT ISLOTE WARD, ARECIBO,
PUERTO RICO, MORE FULLY DESCRIBED
AT THE PROPERTY REGISTRY FOR THE
COMMONWEALTH OF PUERTO RICO
AS FOLLOWS:

"RUSTICA: Parcela radicada en el barrio islote del término municipal de Arecibo, Puerto Rico, compuesta de 1.87 cuerdas, equivalentes a 75 áreas, 49 centiáreas de terreno. En lindes por el NORTE, con la carretera de Arecibo a Barceloneta; por el SUR, con tierras de Rosa María Jiménez; por el ESTE, con las de GREGORIO ALVAREZ y por el OESTE, con las de los menores ALVAREZ-SANTIAGO

Dicha propiedad se segrega de la finca 10,352, inscrita al folio 29 del tomo 212 en el Registro de la Propiedad de Arecibo, Sección I."

THIS PROPERTY IS ENCUMBERED BY THE FOLLOWING LIENS: A BEARER NOTE OF $15,000.00; A BEARER NOTE OF $15,000.00 and A BEARER NOTE OF $20,000.00

Defendant

## ORDER

Having considered claimants' Emergency Motion for Stay Without Posting Security (**docket entry 52**) and the government's opposition (**docket entry 58**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on July 26, 2001.

s/cs:to ( )
attys/pts
in ICMS

JUL 3 1 2001

CARMEN CONSUELO CEREZO
United States District judge

AO 72A
(Rev.8/82)