# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**              July 8, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                       CIVIL 97-2330CCC

ONE RURAL LOT NO. 10,356
LOCATED AT BO. ISLOTE WARD,
ARECIBO, PUERTO RICO, more
fully described at the Property Registry
for the Commonwealth of Puerto Rico, etc.

Defendant


By order of the Court the Ex-parte Motion for Entry of Judgment Nunc Pro Tunc (**docket entry 64**) is GRANTED. Parties to be notified.

                                                        ⁓ - Secretary

s/cs:to ( 3 )
attys/pts
in ICMS

JUL - 9 2002