ENTERED ON DOCKET
JUL -9 2002 PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
02 JUL -9 PM 1:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CIVIL 97-2330CCC

ONE RURAL LOT NO. 10,356, LOCATED
AT ISLOTE WARD, ARECIBO, PUERTO
RICO, MORE FULLY DESCRIBED AT THE
PROPERTY REGISTRY FOR THE
COMMONWEALTH OF PUERTO RICO AS
FOLLOWS:

"RUSTICA: Parcela radicada en el barrio Islote
del término municipal de Arecibo, Puerto Rico,
compuesta de 1.87 cuerdas, equivalentes a 75
áreas, 49 centiáreas de terreno. En lindes por
el NORTE, con la carretera de Arecibo a
Barceloneta; por el SUR, con tierras de Rosa
María Jiménez; por el ESTE, con las de
GREGORIO ÁLVAREZ y por el OESTE, con
las de los menores ALVAREZ-SANTIAGO.

Dicha propiedad se segrega de la finca 10,352,
inscrita al folio 29 del tomo 212 en el Registro
de la Propiedad de Arecibo, Sección I."

THIS PROPERTY IS ENCUMBERED BY THE
FOLLOWING LIENS: A BEARER NOTE OF
$15,000.00; A BEARER NOTE OF
$15,000.00 and A BEARER NOTE OF
$20,000.00.

Defendant

CIVIL 97-2330CCC                                    2

## AMENDED JUDGMENT NUNC PRO TUNC

Pursuant to the Order of even date, granting plaintiff's motion for summary Judgment (**docket entry 27**), the civil forfeiture of defendant property is hereby ORDERED in favor of the United States of America.

Defendant property is encumbered by the following liens: (a) a bearer note of $15,000; (b) a bearer note of $15,000, and (c) a bearer note of $20,000.

The Property Registry of Arecibo, Puerto Rico, Section I, shall record the above-described defendant property free and clear of liens in the name of the United States of America.

The defendant property shall be disposed of in accordance to law by the United States Marshal Service.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 8, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 3 )
attys/pts
in ICMS

JUL - 9 2002